UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL NO 2924
20-MD-2924

*ZANTAC REGISTRY NUMBER 1016835*

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

THIS DOCUMENT RELATES TO:
*ROBERT M HUDICK*
(Plaintiff Name(s))

JURY TRIAL DEMANDED

## SHORT-FORM COMPLAINT – VERSION 3

The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against Defendants named below. Plaintiff(s) incorporate(s) by reference the allegations contained in the Second Amended Master Personal Injury Complaint ("SAMPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation*, MDL No. 2924 (S.D. Fla). Plaintiff(s) file(s) this Short-Form Complaint – Version 3 as permitted by the Court's Orders regarding motions to dismiss and specifically DE 3751 at 1, as outlined on page 1 of the SAMPIC.

Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

### I. PARTIES, JURISDICTION, AND VENUE

**A. PLAINTIFF(S)**

1. Plaintiff(s) *ROBERT M HUDICK* ("Plaintiff(s)") brings this action (check the applicable designation):

    ☒ On behalf of [*himself*/herself];

FILED BY _SW_ D.C.
JUN 28 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

☒ In representative capacity as the __plantiff__, on behalf of the injured party, (Injured Party's Name) __ROBERT M HUDICK__

2. Injured Party is currently a resident and citizen of (City, State) __GREAT FALLS, MONTANA__ and claims damages as set forth below.

—OR—

Decedent died on (Month, Day, Year) __N/A__. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) _____

If any party claims loss of consortium,

3. _____ ("Consortium Plaintiff") alleges damages for loss of consortium.

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of (City, State) __N/A__.

5. At the time the alleged injury occurred, Consortium Plaintiff resided in (City, State) _____.

B. DEFENDANT(S)

6. Plaintiff(s) name(s) the following Defendants from the Second Amended Master Personal Injury Complaint in this action:

   a. Brand-Name Manufacturers: __Zantac Ranitidine__

   b. Others Not Named in the SAMPIC: __N/A__

C. JURISDICTION AND VENUE

7. Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]: __Originally filed in United States District Court Southern District of Florida MDL No 2924 20-MD-2924__

8. Jurisdiction is proper upon diversity of citizenship. __Plantiff is a citizen of the USA, Born February 27, 1941 (Certified Birth Certificate) Retired (USAF)__

## II. PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

    ☒ By prescription  By MEDICAL DocToR's pERSCRIPTION (150 MG)

    ☐ Over the counter

10. The Injured Party used Zantac and/or generic ranitidine from approximately (month, year) JAN 1, 2001 to JUNE 1, 2006.

## III. PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, [*he/she*] was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☐ | BLADDER CANCER | |
| ☐ | BREAST CANCER | |
| ☐ | COLORECTAL/INTESTINAL CANCER | |
| ☐ | ESOPHAGEAL CANCER | |
| ☐ | GASTRIC CANCER | |
| ☐ | KIDNEY CANCER | |
| ☐ | LIVER CANCER | |
| ☐ | LUNG CANCER | |
| ☐ | PANCREATIC CANCER | |
| ☒ | PROSTATE CANCER | APRIL 2006 |
| ☐ | OTHER CANCER: _____ | |
| ☐ | DEATH (CAUSED BY CANCER) | |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## IV. CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Second Amended Master Personal Injury Complaint are asserted against Defendants, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

14. By checking the appropriate causes of action below, Plaintiff(s) assert these causes of action based upon the law and applicable Sub-Counts of the following state(s):[1]

| Check all that apply | Count | Cause of Action | States for which the cause of action was asserted in the SAMPIC |
|---|---|---|---|
| ☒ | I | Strict Products Liability – Failure to Warn through Warnings and Precautions | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☒ | II | Negligence – Failure to Warn through Warnings and Precautions | All States and Territories, **Except** LA, NJ, OH, and WA |
| ☒ | III | Strict Products Liability – Failure to Warn through Proper Expiration Dates | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☒ | IV | Negligence – Failure to Warn through Proper Expiration Dates | All States and Territories, **Except** LA, NJ, OH, and WA |
| ☒ | V | Strict Products Liability – Design Defect Due to Warnings and Precautions | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☒ | VI | Strict Products Liability – Design Defect Due to Improper Expiration Dates | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| N/A | VII | Negligent Failure to Test | KS, TX |
| ☒ | VIII | Negligent Product Containers[2] | All States and Territories |
| ☒ | IX | Negligent Storage and Transportation | All States and Territories |
| ☒ | X | Unjust Enrichment (Against All Defendants) | All States and Territories |
| ☒ | XI | Loss of Consortium (Against All Defendants) | All States and Territories |

---

[1] In selecting the relevant states above, Plaintiffs reserve all rights to argue choice of law issues at a later time.
[2] This Count applies only to pills, not ranitidine-containing products in the form of syrups or injections.

| Check all that apply | Count | Cause of Action | States for which the cause of action was asserted in the SAMPIC |
|---|---|---|---|
| ☒ | XII | Survival Actions | All States and Territories |
| N/A | XIII | Wrongful Death | All States and Territories |

## V. JURY DEMAND

15. Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Second Amended Master Personal Injury Complaint.

[Signature Block]
*Robert M Hudick*
**Counsel for Plaintiff(s)**
1901 11Th Street
GREAT FAllS MT. 59404

Home tel # 406-268-8836
Cell tel # 406-836-1585

PLAiNTiFF (pER Legal AUThORIZATiON) desires To RepResent SELF iN This LEGAl PROCEEDING AS AUTHORIZEd by LEGAl AUTHORIZATiON ¢ FEdERAL LAW, PER LEGAL COU

State of Montana
County of Cascade

This instrument was signed and sworn to before me on 6/27/2022 by Robert M Hudick
(Name of Signer)

JENNIFER GUIDA
NOTARY PUBLIC for the
State of Montana
Residing at Great Falls, Montana
My Commission Expires
February 22, 2023

(Notary Signature)
(Affix seal/stamp below)

SEE SWORN DEPOSiTiON dtd 23 JUNE 2022 Attached

NOTE: is being Submitted TO THE COURT IN AccoRdANCE WITH AttAched ANApol/WEISS LetteR dated MARCH 30. 2022 Attached

    

U.S. POSTAGE PAID
PME 1-Day
GREAT FALLS, MT
59401
JUN 27, 22
AMOUNT
**$26.95**
R2305K141394-37

1007   33401

UNITED STATES POSTAL SERVICE®   PRIORITY MAIL EXPRESS®

EI 276 765 035 US

**CUSTOMER USE ONLY**
**FROM:** (PLEASE PRINT)

Cell PHONE (406) 836-1585
Home 406-268-8836

Robert M Hudick
1901 11th Street Southwest
Great Falls Mt. 59404

**DELIVERY OPTIONS** (Customer Use Only)
☒ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE 561 803-3400
                              561 514-3430

Paul G. Rogers Court House
701 Clematis Street (Zantac Litigation)
West Palm Beach, Florida 33401

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code: 59401
Scheduled Delivery Date (MM/DD/YY): 6/28/22
Postage: $26.95
Date Accepted (MM/DD/YY): 6/27/22
Scheduled Delivery Time: ☒ 6:00 PM
Insurance Fee: —
COD Fee: —
Time Accepted: 12:12 ☐AM ☒PM
Return Receipt Fee: —
Live Animal Transportation Fee: —
Special Handling/Fragile: —
Sunday/Holiday Premium Fee: —
Total Postage & Fees: $26.95
Weight: 4 lbs. 3 ozs.   ☒ Flat Rate
Acceptance Employee Initials: [illegible]

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

  

May 2020
2 1/2 x 9 1/2